**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| AQUARIUS BOAT CORPORATION, | § |
| | § |
| Plaintiff, | § |
| | § |
| versus | § CIVIL ACTION NO. H-03-5221 |
| | § |
| UNITED STATES COAST GUARD, | § |
| | § |
| Defendant. | § |

**FINAL JUDGMENT**

Pursuant to FED. R. CIV. P. 58(a), and for the reasons stated in the accompanying Memorandum and Order, **JUDGMENT IS ENTERED** for Defendant.

**IT IS SO ORDERED**.

**SIGNED** at Houston, Texas, on this the 31st day of August, 2005.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

**TO INSURE PROPER NOTICE, EACH PARTY WHO RECEIVES THIS
ORDER SHALL FORWARD A COPY OF IT TO EVERY OTHER PARTY
AND AFFECTED NON-PARTY EVEN THOUGH THEY MAY HAVE BEEN
SENT ONE BY THE COURT.**